UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS WARREN DAWKINS,

        Petitioner,          Case No. 1:09-cv-555

v.          Honorable Paul L. Maloney

MARY BERGHUIS,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

**IT IS FURTHER ORDERED** that Petitioner's motion for production (docket #4) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated: August 4, 2009          /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge